[No. 7,136.—Department One.]

## HARRY PATEMAN *v.* JEREMIAH TYRREL.

DISMISSAL OF APPEAL.

APPEAL from a judgment for the defendant, in the Superior Court of the County of Alameda. CRANE, J.

No evidence of any service of the notice of appeal upon the opposite attorneys appears in the transcript.

*John H. B. Wilkins,* for Appellant.

*J. G. McCallum,* for Respondent.

The COURT:

Appeal dismissed.